Case 2:07-cv-06146-AHM-SS   Document 21   Filed 07/15/08   Page 1 of 5   Page ID #:63

1  BOHM, MATSEN, KEGEL & AGUILERA, LLP
2  Lee A. Wood – Of Counsel (SBN 58676)
   Raymond E. Brown (SBN 164819)
3  695 Town Center Drive, Suite 700
4  Costa Mesa, CA 92626
   Telephone: (714) 384-6500
5  Fax: (714) 384-6501
6
7  Attorneys for defendants
8  CITY OF MAYWOOD, OFFICER RINGROSE, OFFICER
   SIERCKE and SERGEANT NIJLAND
9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA COLATO, MICHELLE COLATO, a minor by and through her Guardian Ad Litem, DORA COLATO,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MAYWOOD, OFFICER RINGROSE (Id Num 374); OFFICER SIERCKE (ID No. 411), SERGEANT NIJLAND (ID No. 331)<br><br>Defendants. | CASE NO. CV-07-06146 AHM (SSx)<br>Assigned For All Purposes To:<br>The Honorable A. Howard Matz,<br>Courtroom 14<br><br>**STIPULATION FOR ISSUANCE OF ORDER COMPELLING PRODUCTION OF RECORDS AND PHOTOGRAPHS FROM L.A. COUNTY CORONER'S OFFICE**<br><br>(For Determination By Magistrate Judge Suzanne Segal)<br><br>**Disc. CutOff:** November 10, 2008<br>**Motion Cutoff:** December 22, 2008<br>**PTC:** February 2, 2009<br>**Trial:** February 17, 2009 |

///

1
Stipulation for Issuance of Order Compelling Production of Photographs and Records from L.A. County Coroner's Office

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants CITY OF MAYWOOD, OFFICER RINGROSE, OFFICER SIERCKE and SERGEANT NIJLAND previously subpoenaed all records relating to decedent Juan Colato from the Los Angeles County Coroner's Office. On May 23, 2008, Ida Moriel, the custodian of records for the Coroner's Office, signed an affidavit indicating that the records produced in response to that subpoena constituted all responsive records in the possession of the Coroner's Office.

On June 25, 2008, defense counsel Raymond Brown and Humberto Guizar, counsel for plaintiffs DORA COLATO and MICHELLE COLATO, took the deposition of deputy medical examiner Dr. Yulai Wang. During his deposition, Dr. Wang revealed that the Coroner's Office was in possession of numerous photographs of the decedent and interview summaries concerning people related to the incident that is the subject of the present litigation. Neither the photographs or the interview summaries were produced in response to defendants' subpoena. Dr. Wang allowed counsel to review the photographs and interview summaries but would not allow copies to be made. His office informed both counsel that those documents would not be released without a court order. Although Mr. Brown explained that a subpoena is a court order, the Coroner's Office specified that to obtain the documents would require a document with the word "order" at the top specifying the documents to be produced.

Counsel for the plaintiffs and the defendants believe that the records at issue are directly relevant to this litigation as the photographs reflect the condition of the decedent's body at the time of his autopsy, and the interviews reflect the recollection of witnesses to the subject incident at a time when the events were likely more fresh in their memories.

///
///
///

In light of the foregoing, the parties hereto, by and through their respective counsel of record, hereby stipulate to the issuance of the order by the Court submitted herewith compelling the Coroner's Office to produce the requested records.

IT IS SO STIPULATED.

Dated: July 9, 2008    HUMBERTO GUIZAR, ESQ.

_____
Humberto Guizar,
Attorneys for plaintiffs

Dated: July 14, 2008    BOHM, MATSEN, KEGEL & AGUILERA, LLP

_____
Raymond E. Brown,
Attorneys for defendants

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the City of Costa Mesa, County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is 695 Town Center Drive, Suite 700, Costa Mesa, California 92626. On July 15, 2008, I served the documents named below on the parties in this action as follows:

DOCUMENT(S) SERVED: **STIPULATION FOR ISSUANCE OF ORDER COMPELLING PRODUCTION OF RECORDS AND PHOTOGRAPHS FROM L.A. COUNTY CORONER'S OFFICE**

SERVED UPON: **SEE ATTACHED SERVICE LIST**

☐ (BY MAIL) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Costa Mesa, California. I am readily familiar with the practice of BOHM, MATSEN, KEGEL & AGUILERA, LLP for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY PERSONAL SERVICE) I **caused** the above-referenced documents to be personally delivered on the date listed below.

☐ (BY FEDERAL EXPRESS) I am readily familiar with the practice of BOHM, MATSEN, KEGEL & AGUILERA, LLP for the collection and processing of correspondence for overnight delivery and known that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐ (BY FACSIMILE WHERE INDICATED) The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error. Pursuant to C.R.C. 2009(I), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

☒ (BY ELECTRONIC FILING WITH THE U.S. DISTRICT COURT) By submitting said documents for Electronic Case Filing on said date pursuant to Local Rule 5-4 and General Order 45, at Bohm, Matsen, Kegel & Aguilera, LLP , 695 Town Center Drive, Ste. 700, Costa Mesa, CA 92626.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed on July 15, 2008, at Costa Mesa, California.

KYM SMITH

PROOF OF SERVICE

**SERVICE LIST**
*COLATO V. CITY OF MAYWOOD*
United States District Court – Central District of California
CASE NO. CV07-06146 AHM (SSx)

Humberto Guizar, Esq.
LAW OFFICES OF HUMBERTO GUIZAR
3500 West Beverly Boulevard
Montebello, CA 90640
(323) 725-1151
(323) 725-0917 fax
**Attorney for Plaintiffs DORA COLATO, MICHELLE COLATO, a minor by and through her Guardian ad Litem, DORA COLATO**

Arnoldo Casillas
MORENO, BECERRA & CASILLAS
3500 W. Beverly Boulevard
Montebello, CA 90640
(323) 725-0917 tel
(323) 725-0350 fax
acasillas@mbc4law.com
**Co-counsel for Plaintiffs DORA COLATO, MICHELLE COLATO, a minor by and through her Guardian ad Litem, DORA COLATO**