| | |
|---|---|
| 1 | **BOHM, MATSEN, KEGEL & AGUILERA, LLP** |
| 2 | Lee A. Wood – Of Counsel (SBN 58676) |
|   | Raymond E. Brown (SBN 164819) |
| 3 | 695 Town Center Drive, Suite 700 |
| 4 | Costa Mesa, CA 92626 |
|   | Telephone: (714) 384-6500 |
| 5 | Fax: (714) 384-6501 |
| 6 | |
| 7 | Attorneys for defendants |
|   | CITY OF MAYWOOD, OFFICER RINGROSE, OFFICER |
| 8 | SIERCKE and SERGEANT NIJLAND |
| 9 | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DORA COLATO, M. C., a minor by and through her Guardian *Ad Litem*, DORA COLATO, | ) ) ) | CASE NO.  CV-07-06146 AHM (SSx) |
| | ) ) | ORDER DISMISSING ACTION WITH PREJUDICE |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CITY OF MAYWOOD, OFFICER RINGROSE (Id Num 374); OFFICER SIERCKE (ID No. 411), SERGEANT NIJLAND (ID No. 331) | ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

[Proposed] Order Dismissing Action with Prejudice

1    The Court, having considered the stipulation of the parties and finding good
2  cause for the requested order set forth therein, HEREBY ORDERS as follows:
3    Pursuant to the provisions of Fed. R. Civ. Proc. 41(a)(1)(ii), this action is
4  hereby DISMISSED with prejudice.  This Court however hereby reserves jurisdiction
5  to enforce the terms of the settlement agreement between the parties to this action.

Dated:  November 12, 2008      _____
                                Hon. A. Howard Matz,
**Make JS-6**                   JUDGE OF THE U.S. DISTRICT COURT